UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 04-119-FJP-SCR

MARK MARTRELL JACKSON, ET AL

### RULING

This matter is before the Court to determine whether the Cocaine Base Retroactive Amendment, 18 U.S.C. § 3582, applies to this defendant.[1]

Because the defendant is classified as a career offender, he is not eligible for retroactivity consideration.

Therefore, defendant's original sentence of 324 months shall remain unchanged, and his motion is denied.

Baton Rouge, Louisiana, April 14, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 76.

Doc#46697